AKSANA M. COONE (SBN 190125)
aksana@coonelaw.com
**LAW OFFICES OF AKSANA M. COONE**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9650
Fax: (310) 954-9008

LOUIS M. HOLZBERG (FL Bar No.: 1011340)
louis@holzberglegal.com
**HOLZBERG LEGAL**
7685 SW 104th Street, Suite 220
Miami, Florida 33156
Phone: (305) 668-6410
Fax: (305) 667-6161
*Admitted Pro Hac Vice*
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA TUCKER, CHRISTINA MONAHAN, LAURA RIGBY, and MARY MORRIS<br><br>Plaintiffs,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | Case No.: 2:21-cv-1504-RGK-SK<br><br>**PLAINTIFFS' ELECTION TO STAND UPON THE SUFFICIENCY OF AMENDED COMPLAINT PLEADINGS REGARDING PLAINTIFFS VICTORIA TUCKER, LAURA RIGBY AND MARY MORRIS**<br><br>Date: July 6, 2021<br>Time: 9:00 am<br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Magistrate Judge: Hon. Steve Kim<br>Complaint filed: February 18, 2021 |

Plaintiffs Victoria Tucker, Laura Rigby, and Mary Morris, hereby file this Election to Stand upon the Sufficiency of Amended Complaint Pleadings in response to the Court's Order Re: Defendant's Motion to Dismiss Amended Complaint. [DE42]. In an effort to expedite an appeal, Plaintiffs respectfully request this Court enter judgement dismissing the claims of Plaintiffs Victoria Tucker, Laura Rigby, and Mary Morris only. See *Edwards v. Marin Park, Inc.*, 356 F.3d 1058 (9th Cir. 2004).

DATED: August 30, 2021

**LAW OFFICES OF AKSANA M. COONE**

BY: *s/ Aksana M. Coone*
Aksana M. Coone, Esq.
Attorneys for Plaintiff,
*Attorney for Plaintiffs*

**HOLZBERG LEGAL**

BY: *s/ Louis M. Holzberg*
Louis M. Holzberg
(*Admitted Pro Hac Vice*)
*Attorney for Plaintiffs*