1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

VICTORIA TUCKER, CHRISTINA
MONAHAN, LAURA RIGBY, and
MARY MORRIS,

         Plaintiffs,

vs.

PRINCESS CRUISE LINES, LTD.,

         Defendant.

Case No.:  2:21-cv-1504-RGK-SK

**[~~PROPOSED~~] ORDER GRANTING
DISMISSAL WITH PREJUDICE**

Judge: Hon. R. Gary Klausner
Magistrate: Hon. Steve Kim
Filed:  02/18/2021

Based on the parties' Stipulation of Dismissal, it is hereby ORDERED that:

    1.    The claims of Plaintiff CHRISTINA MONAHAN in the above-entitled action are dismissed in their entirety with prejudice;

2.      Each party to bear its own fees and costs;

**IT IS SO ORDERED.**

Dated: _December 27, 2021_ _____

Honorable R. Gary Klausner
United States District Judge